**Ronald E. SANFORD, Appellant**

v.

**Warden John NASH.**

No. 05-3124.

United States Court of Appeals,
Third Circuit.

Submitted for Possible Summary Action
under Third Circuit LAR 27.4 and
I.O.P. 10.6 Sept. 9, 2005.

Decided April 10, 2006.

Ronald E. Sanford, Fort Dix, NJ, pro se.

Before ROTH, BARRY and SMITH,
Circuit Judges.

OPINION

PER CURIAM:

Ronald Sanford appeals the District
Court's order dismissing his petition filed
pursuant to 28 U.S.C. § 2241. In his peti-
tion, Sanford alleged that the 123–month
sentence imposed following his guilty plea
for arson and mail fraud is invalid under

*United States v. Booker,* 543 U.S. 220, 125
S.Ct. 738, 160 L.Ed.2d 621 (2005). The
District Court dismissed the petition for
lack of jurisdiction. Sanford filed a timely
notice of appeal, and we have jurisdiction
under 28 U.S.C. § 1291.

Our review of the District Court's deci-
sion is *de novo. United States v. Cleary,*
46 F.3d 307, 309–10 (3d Cir.1995). San-
ford's § 2241 petition may not be enter-
tained unless a motion under § 2255 is
"inadequate or ineffective to test the legal-
ity of his detention." 28 U.S.C. § 2255.
Sanford argued that his case falls within
the exception set forth in *In re Dorsainvil,*
119 F.3d 245, 251 (3d Cir.1997). However,
unlike the situation in *In re Dorsainvil,*
the decision in *Booker* did not decriminal-
ize the conduct for which Sanford was
convicted. *See Okereke v. United States,*
307 F.3d 117, 120–21 (3d Cir.2002). We
agree with the District Court that it lacked
jurisdiction over Sanford's § 2241 petition.
*See also Padilla v. United States,* 416 F.3d
424 (5th Cir.2005).

Summary action is appropriate if there
is no substantial question presented in the
appeal. *See* Third Circuit LAR 27.4. For
the above reasons, as well as those set
forth by the District Court, we will sum-
marily affirm the District Court's order.
*See* Third Circuit I.O.P. 10.6.